AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of ) Case: 1:15-mj-00819
*(Briefly describe the property to be searched* ) Assigned To : Magistrate Judge Alan Kay
*or identify the person by name and address)* ) Assign. Date : 11/30/2015
In The Matter Of The Search of Information Associated ) Description: Search & Seizure Warrant
With sanosont@outlook.com That Is Stored At Premises )
Controlled by Microsoft Corporation )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   __Eastern__   District of   __Washington__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   __DEC 1 4 2015__   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   __Alan Kay, United States Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   __NOV 30 2015 4:04 pm__   __/s/ Alan Kay__
*Judge's signature*

City and state:   __Washington, D.C.__   Alan Kay, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 1-15 - mJ - 00819 | Date and time warrant executed: via Fax <br> December 1, 2015 - 10:40 a.m. | Copy of warrant and inventory left with: <br> custodian of records |
| Inventory made in the presence of : <br> N/A | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> Email content related to samosont@outlook.com. <br><br><br><br><br><br><br><br><br><br><br> FILED <br> FEB 25 2016 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-23-16

_____
Executing officer's signature

Nicholas B. Shepard, Supervisory Special Agent
Printed name and title